E-FILED
Friday, 23 April, 2010 02:50:55 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| CHERYL L. KRUTSINGER, )<br>Plaintiff, )<br>v. )<br>)<br>COMMISSIONER OF SOCIAL SECURITY, )<br>sued as Michael J. Astrue, )<br>Defendant) | Case No. 08-2272 |

# ORDER

Following remand for reconsideration, in February 2008, Administrative Law Judge (hereinafter "ALJ") Barbara Welsch denied social security benefits to Plaintiff Cheryl Krutsinger. The ALJ based her decision on findings that Plaintiff was not disabled within the meaning of the Social Security Act and she was capable of performing a significant number of jobs available in the national economy.

In November 2008, Plaintiff filed a Complaint for Judicial Review (#3) against Defendant Michael Astrue, Commissioner of Social Security, seeking review of the final decision by the Commissioner of the Social Security Administration denying social security benefits. In May 2009, Plaintiff filed a Motion for Summary Judgment (#20). In July 2009, Defendant filed a Motion for an Order Which Affirms the Commissioner's Decision (#23). In August 2009, Plaintiff filed a Short Reply Brief (#25).

After reviewing the administrative record and the parties' memoranda, this Court denied Plaintiff's Motion for Summary Judgment (#20). Consistent with the Court's reasoning in the Order denying Plaintiff's motion (#20), the Court now **GRANTS** Defendant's Motion for an Order Which Affirms the Commissioner's Decision **(#23)**.

ENTER this 23rd day of April, 2010.

                s/ DAVID G. BERNTHAL
                U.S. MAGISTRATE JUDGE